# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Equal Employment Opportunity Commission *

              **Plaintiff(s)**     *     Civil Action No. CA L-00cv2923

vs. *

Harbor Hospital Center, Inc. *

              **Defendant(s)**     *

********************************************************************************

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Bruce S. Harrison__ Esquire a member of the Bar of this court, moves the admission of __Lauren Rowinski__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Harbor Hospital Center, Inc.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __District of Columbia Bar; Commonwealth of Pennsylvania Bar__

and/or the following United States Court(s): __Colorado District Court and District of Columbia District Court__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __no__

**EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U. S. DISTRICT COURT**

Revised 6//98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| _/s/_ | _/s/_ |
| Signature Bruce S. Harrison | Signature Lauren Rowinski |
| Shawe & Rosenthal, LLP | Assistant General Counsel |
| 20 S. Charles Street | MedStar Health |
| Address | Address |
| Baltimore, MD 21201 | 8114 Sandpiper Circle, Suite #116 |
| | White Marsh, MD 21236 |
| 410-752-1040 | 410-933-3280 |
| Office phone number | Office phone number |
| 410-752-8861 | 410-933-3271 |
| Fax number | Fax number |
| 00887 | |
| Md. U. S. District Court Number | |

## ORDER

Motion _____ GRANTED

Motion __X__ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

| 1/03/01 | _/s/ Benson Legg_ |
|---|---|
| Dated | Judge, U.S. District Court |