UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 25, 2001

MEMORANDUM TO COUNSEL RE:   Equal Employment Opportunity Commission
v. Harbor Hospital Center, Inc.
Civil #L-00-2923

Dear Counsel:

Because Harbor Hospital has now answered, I have issued a Scheduling Order which is enclosed. Please proceed directly to discovery.

The Complaint states generally that the Hospital failed to accommodate and discharged Ms. Higgins on account of her religion. The Complaint does not say what Ms. Higgins' religion was or how the Hospital failed to accommodate her religious observances.

A complaint should not be verbose or include evidence. Nonetheless, the federal rules do require a short and plain statement of the plaintiff's claim. The Complaint filed by the EEOC falls short. Accordingly, on or before February 5, 2001, the EEOC shall file a first amended complaint that complies with FRCP 8.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

Enclosure
c:   Court file