UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 25 P 4: 33

AT BALTIMORE

_____DEPUTY

January 22, 2002

MEMORANDUM TO COUNSEL RE:   Equal Employment Opportunity Commission v.
Harbor Hospital Center, Inc.
Civil #L-00-2923

Dear Counsel:

Oral argument is scheduled on the outstanding motions for summary judgment for February 19, 2002, at 2 p.m. in Courtroom 3D.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

*[signature]*

Benson Everett Legg

c:   Court file