UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 19, 2002

MEMORANDUM TO COUNSEL RE:   Equal Employment Opportunity Commission v.
Harbor Hospital Center, Inc.
Civil #L-00-2923

Dear Counsel:

    Due to a scheduling conflict, the hearing scheduled for March 1, 2002 on the outstanding motions for summary judgment has been rescheduled to March 5, 2002, at 10 a.m. in Courtroom 3D.

    Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file

