IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **EEOC** | : | |
| | : | |
| v. | : | CIVIL NO. L-00-2923 |
| | : | |
| **HARBOR HOSPITAL, INC.** | : | |

## ORDER

On March 7, 2002, the Court held a hearing on Plaintiff's Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment. On March 11, 2002, the Court received Defendant's supplemental papers in support of its Motion.

As stated at the hearing, the Court finds the record incomplete regarding the size of the Harbor Hospital cafeteria staff, the number of employees sharing Ms. Higgins' job classification, and the number of potential substitutes available to Ms. Higgins. These issues are central to the Court's determination of whether the accommodations offered by Harbor Hospital to Ms. Higgins were reasonable. Accordingly, a second hearing is hereby scheduled for March 21, 2002 at 10:00 a.m. At the hearing, Defendant shall present witnesses capable of clarifying these limited issues, presumably Ms. Kephart and Mr. Bednar. Plaintiff shall present the testimony of Mr. Tubiana concerning the Sunday workload and his ability to cover for Ms. Higgins on Sundays.

The hearing is scheduled for two hours. Counsel are expected to plan accordingly.

It is so ORDERED this ___ day of March, 2002.

Benson Everett Legg
United States District Judge